Anthony Rumont ROBERTS,
Plaintiff–Appellant,

v.

Captain MASSIE; S.E. Scott, Sergeant,
Defendants–Appellees,

and

L.M. Saunders, Warden, Defendant.

No. 03–6151.

United States Court of Appeals,
Fourth Circuit.

Submitted March 6, 2003.

Decided March 17, 2003.

Anthony Rumont Roberts, Appellant Pro Se. Pamela Anne Sargent, Assistant Attorney General, Richmond, Virginia, for Appellees.

Before WILKINSON, MICHAEL and KING, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Anthony Rumont Roberts appeals the district court's order granting his motion for reconsideration but dismissing his 42 U.S.C. § 1983 (2000) complaint pursuant to 28 U.S.C. § 1915A(b)(1) (2000). We have reviewed the record and the district court's order and agree that Roberts' complaint fails to state a claim. Accordingly, we dismiss the appeal on the reasoning of

the district court. *See Roberts v. Massie,* No. CA–02–808–7 (W.D.Va. Jan. 10, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*